UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

| | |
|---|---|
| WENDY CHLADNI,<br>             Plaintiff,<br><br>     v.<br><br>UNIVERSITY OF PHOENIX, INC.,<br>             Defendant. | :<br>:<br>:     No. 5:15-cv-4453<br>:<br>:<br>:<br>: |

_____

# O R D E R

**AND NOW,** this 7th day of November, 2016, for the reasons set forth in the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. Defendant's Motion for Summary Judgment, ECF No. 22, is **DENIED**; and

2. The Clerk of Court shall reschedule this matter for an arbitration trial.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge